**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LOGAN ORTIZ, | ) **CASE NO.**:  3:25-CV-00503-ART-CLB |
| Plaintiff, | ) |
| | ) **ORDER GRANTING** |
| v. | ) |
| | ) |
| CATHRYN DORMAN, and DOES I-X, inclusive, | ) **STIPULATION TO DISMISS WITH PREJUDICE** |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their respective counsel of record, pursuant to FRCP 41(a)(1)(ii), that the above-captioned matter be dismissed with prejudice, each party to bear their own attorney's fees and costs.

Dated this __1st__ day of July 2026.          Dated this __1st__ day of July 2026.

**LAW OFFICE OF STEPHEN H. OSBORNE**          **LAW OFFICES OF CHRISTINE G. MOORE**

*/s/ Stephen H. Osborne*                       */s/ Kelly Marie Smith*

STEPHEN H OSBORNE, ESQ.                         KELLY MARIE SMITH, ESQ.
Nevada Bar No. 4712                             Nevada Bar No. 9192
232 Court Street                                2300 West Sahara Avenue, Suite 800
Reno, NV, 89501                                 Las Vegas, Nevada 89102
Telephone: 775-789-4944                         Direct Line: 702-260-4967
stephen@stephenosbornelaw.com                   kelly.smith2@usaa.com
*Counsel for Plaintiff*                          *Counsel for Defendant*

1

*Ortiz v Dorman*
3:25-cv-00503

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear their own costs and attorney's fees. The Clerk of Court is kindly instructed to close this case.

_____
HONORABLE ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: July 1, 2026

SUBMITTED BY:

LAW OFFICES OF CHRISTINE G. MOORE

*/s/ Kelly Marie Smith*
_____
KELLY MARIE SMITH, ESQ.
Nevada Bar No. 9192
2300 W. Sahara Ave., Suite 800
Las Vegas, NV 89102
702-260-4967 Direct Line
kelly.smith2@usaa.com
Attorneys for Defendant,
*Cathryn Dorman*

2